676 A.2d 194

**Nancy J. RAY, Appellant,**

**v.**

**PENNSYLVANIA STATE POLICE, Lieutenant Matthew
E. Hunt, Trooper Harding, Trooper John Ridge, and
Trooper Les Freeling.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1996.

Decided May 14, 1996.

F. Stephenson Matthes, York, for Nancy J. Ray.

John M. Abel, Norristown, for State Police.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.

CAPPY and NIGRO, JJ., dissent.